# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>K. HARRIS et al.,<br><br>    Defendants. | Case No. 1:14-cv-01180 DLB PC<br><br>ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE<br>[ECF No. 16]<br><br>ORDER DISMISSING AS MOOT PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE<br>[ECF No. 15] |

Plaintiff Rodney Brown, # AT-6806, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 21, 2014, along with a motion for leave to proceed in forma pauperis.[1] On July 31, 2014, the Court granted Plaintiff's motion to proceed in forma pauperis. On November 24, 2014, Plaintiff filed a First Amended Complaint. On April 24, 2015, Plaintiff filed a motion requesting an order to show cause directed to Defendants.

On June 5, 2015, the Court determined that Plaintiff was subject to 28 U.S.C. § 1915(g) and therefore revoked Plaintiff's in forma pauperis status. Plaintiff was directed to pay the filing fee in full within thirty days or suffer dismissal of the action. Over thirty days have passed and Plaintiff has failed to pay the filing fee or otherwise respond to the Court's order.

///

---

[1] On August 11, 2014, Plaintiff consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The case is DISMISSED for failure to pay the filing fee; and

2) Plaintiff's motion for an order to show cause is DISMISSED as moot.

<u>This terminates the action in its entirety</u>.

IT IS SO ORDERED.

Dated:   **July 17, 2015**                                       /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE